IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03056-WYD-MEH

JULIE SEGURA,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2013.**

    The Stipulated Motion for Entry of Protective Order [filed February 6, 2013; docket #13] is **granted**. For good cause shown, the parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.