IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03056-WYD-MEH

JULIE SEGURA,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: June 20, 2013.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Thomas D. Leland |
| David M. Larson, Esq. | Thomas D. Leland, Esq. |
| 88 Inverness Circle East, Suite I-101 | Lathrop & Gage, LLP |
| Englewood, CO 80112 | 950 17th St., Suite 2400 |
| Telephone: (303) 799-6895 | Denver, CO 80202 |
| Attorney for Plaintiff | Telephone: (720) 931-3235 |
| | Attorney(s) for Defendant |