IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03056-WYD-MEH

JULIE SEGURA,

      Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

      Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal With Prejudice [ECF No. 22], filed on June 20, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal With Prejudice [ECF No. 22], filed on June 20, 2013, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  June 21, 2013.

                                        BY THE COURT:

                                        /s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior U.S. District Judge